

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. *2 v c4 - /ð3/) - J LT* |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| ALVIN REEVES and | ) | 18 U.S.C. § 371 (Conspiracy) |
| | ) | 18 U.S.C. § 1344 (Bank Fraud) |
| ALVENIA REEVES | ) | 18 U.S.C. § 1028 (Identity Theft) |
| | ) | 18 U.S.C. § 1028A  (Aggravated Identity Theft) |
| Defendants. | ) | 18 U.S.C. § 1512 (Tampering with a Witness) |
| | ) | 18 U.S.C. § 3147 (Pretrial Release Crime) |
| | ) | 18 U.S.C. § 2 (Aiding & Abetting) |

### SUPERSEDING INDICTMENT

The Grand Jury Charges That at All Times Material to This Indictment:

1.  ALVIN REEVES, ("ALVIN"), lived in the District of Massachusetts at 14 Francis Drive, Apartment 8 in Randolph.

2.  ALVENIA REEVES ("VENUS"), lived in the District of Massachusetts at 45 Evelyn Street, Apartment 2 in Mattapan.  VENUS worked at SVNH.

3.  ALVIN and VENUS are brother and sister.

### GENERAL ALLEGATIONS

4.  From on or about November 7, 2003 through on or about September 15, 2004, ALVIN and VENUS obtained, from a variety of sources, the names, social security numbers, dates of birth, mothers' maiden names, credit card number and/or bank account information (collectively "Identifying Information") of numerous people.

5.  On or about September 15, 2004, ALVIN was in possession of the Identifying Information of at least ten individuals.

6.  ALVIN used the Identifying Information to obtain counterfeit drivers licenses

with the Identifying Information of one individual and the photograph of a different person (a

"runner") hired to enter federally insured financial institutions including Citizens Bank and Fleet

Bank/Bank of America ("Fleet Bank") and withdraw money or conduct other banking activity in

the names of the persons whose Identifying Information appeared on the counterfeit drivers

licenses.

      7.     During this same time period, ALVIN and VENUS obtained information

necessary to create counterfeit checks purporting to draw on the account of SVNH or purporting

to draw on the account of companies that had written checks to SVNH.

      8.     ALVIN and VENUS than arranged with runners to go into federally insured

financial institutions including Citizens Bank and Fleet Bank and to deposit counterfeit checks

into accounts at these banks and to withdraw that money from the banks.

      9.     On some occasions ALVIN and VENUS drove the runners to the banks, and

waited outside while the runners conducted the fraudulent bank activity described above. The

runners then gave the money they withdrew from the banks to ALVIN and VENUS, who paid the

runners a small portion of the proceeds.

      10.     ALVIN also used the Identifying Information to obtain mobile telephone

accounts, and used these accounts to make telephone calls without having to pay for them. These

mobile telephone accounts included Sprint PCS telephone number \*\*\*-\*\*\*-2102 opened using

the Identifying Information of SA and Sprint PCS telephone numbers \*\*\*-\*\*\*-8688 and \*\*\*-

\*\*\*-0814, both opened using the Identifying Information of JS.

      11.     In total, this scheme resulted in a loss to numerous banks and individuals of over

$100,000, and attempted withdraws from banks of an additional amount in excess of $20,000.

12.    Starting in or about September 2004 and continuing through in or about February 2005, ALVIN and VENUS contacted runners and other individuals with knowledge of these matters, and attempted to persuade these people to inform law enforcement that DT, and not ALVIN or VENUS, was the ringleader of the scheme described above.

<u>COUNT ONE</u>
**ALVIN REEVES AND ALVENIA REEVES**
(Conspiracy – 18 U.S.C. § 371)

THE GRAND JURY FURTHER CHARGES THAT:

13.     Paragraphs 1 through 11 are realleged and incorporated by reference as though fully set forth herein.

14.     Beginning on a date unknown but no later than December 2003 and continuing until February 2005 at Boston and elsewhere in the District of Massachusetts,

**ALVIN REEVES and**
**ALVENIA REEVES,**

defendants herein, together with others known and unknown to the Grand Jury, knowingly and unlawfully conspired and agreed with each other to commit an offense against the United States, namely:

> to execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of federally insured financial institutions, namely Fleet Bank/Bank of America and Citizens Bank, by means of false or fraudulent pretenses, representations or promises in violation of Title 18, United States Code, Section 1344.

**OBJECTIVES OF THE CONSPIRACY**

15.     It was a purpose and objective of the conspiracy to enable ALVIN and VENUS, along with others known and unknown to the grand jury, to fraudulently obtain money, funds and other property in the custody of Citizens Bank, Fleet Bank and other banks, by using Identifying Information of legitimate customers of these banks to withdraw money from these customer's

4

bank accounts.

16.     It was a further purpose of the conspiracy to enable ALVIN and VENUS, along with others known and unknown to the grand jury, to fraudulently obtain money, funds and other property in the custody of Citizens Bank, Fleet Bank and other banks, by cashing forged checks purportedly drawing on the accounts of legitimate customers of these banks.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the conspirators accomplished the goals of the conspiracy included, among others, the following:

17.     It was part of the conspiracy that ALVIN and VENUS obtained, from a variety of sources, the names, social security numbers, dates of birth, mothers' maiden names, credit card number and/or bank account information of numerous people.

18.     It was further part of the conspiracy that as of September 15, 2004, ALVIN was in possession of the Identifying Information of at least ten individuals.

19.     It was further part of the conspiracy that ALVIN and VENUS obtained information necessary to create counterfeit checks purporting to draw on the account of SVNH or purporting to draw on the account of companies that had written checks to SVNH.

20.     It was further part of the conspiracy that ALVIN used the Identifying Information to obtain counterfeit drivers licenses with the Identifying Information of one individual and the photograph of a different person (a "runner") hired by ALVIN and VENUS to enter federally insured financial institutions including Citizens Bank and Fleet Bank and withdraw money or conduct other financial transactions in the names of the persons whose Identifying Information appeared on the counterfeit drivers licenses.

21.    It was further part of the conspiracy that ALVIN and VENUS instructed the runners to cash counterfeit checks and withdraw that money from the bank or deposit it into the runners' accounts.

22.    It was further part of the conspiracy that ALVIN and VENUS drove runners to the banks, and waited outside while the runners conducted the fraudulent bank activity described above. The runners then gave the money they withdrew from the banks to ALVIN and VENUS, who paid them a small portion of the proceeds.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

23.    In furtherance of the conspiracy, and to accomplish the objects of the conspiracy, defendants ALVIN and VENUS, in the District of Massachusetts and elsewhere, performed numerous overt acts, including but not limited to, the following:

| ACTOR | DATE (in or about) | OVERT ACT |
|---|---|---|
| VENUS | December 2003 | Obtain information for counterfeit check for $33,354.96 from SVNH |
| VENUS | June 2004 | Drove runner to bank to obtain money from the account of LB1 and LB2 |
| ALVIN | March 2004 | Gave a runner a counterfeit license with the runner's photograph and the Identifying Information of WW |
| ALVIN | May 2004 | Gave a runner counterfeit licenses with the runner's photograph and the Identifying Information of LB1 and LB2 |
| ALVIN | June-August 2004 | Gave a runner a counterfeit license with the runner's photograph and the Identifying Information of DG, TN, and DS |

All in violation of Title 18, United States Code, Section 371.

6

**COUNT TWO**
**ALVIN REEVES AND ALVENIA REEVES**
(Conspiracy – 18 U.S.C. § 371)

THE GRAND JURY FURTHER CHARGES THAT:

24.    Paragraphs 1 through 12 are realleged and incorporated by reference as though fully set forth herein.

25.    From in or about September 2004 and continuing until in or about February 2005 at Boston and elsewhere in the District of Massachusetts,

**ALVIN REEVES and**
**ALVENIA REEVES,**

defendants herein, together with others known and unknown to the Grand Jury, knowingly and unlawfully conspired and agreed with each other to commit an offense against the United States, namely:

> to knowingly, with intent to influence, delay, hinder, and prevent the testimony in an official proceeding and communication to a law enforcement officer or judge of the United States, corruptly persuade and attempt to persuade certain individuals to testify falsely in an official proceeding and to hinder, delay and prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a federal offense in violation of 18 U.S.C. §1512(b).

**OBJECTIVES OF THE CONSPIRACY**

26.    It was a purpose and objective of the conspiracy to obstruct the investigation into the violations of federal law, including Bank Fraud in violation of 18 U.S.C. § 1344, Identity

Theft in violation of 18 U.S.C. § 1028, and Aggravated Identity Theft in violation of 18 U.S.C. § 1028A.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the conspirators accomplished the goals of the conspiracy included, among others, the following:

27.        It was a part of the conspiracy that ALVIN and VENUS contacted runners and other individuals, and attempted to persuade these people to inform law enforcement officers and testify in an official proceeding that the ring leader of this activity was DT and not ALVIN or VENUS.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

28.        In furtherance of the conspiracy, and to accomplish the objects of the conspiracy, defendants ALVIN and VENUS, in the District of Massachusetts and elsewhere, performed numerous overt acts, including but not limited to, the following:

| ACTOR | DATE (in or about) | OVERT ACT |
|-------|-------------------|-----------|
| VENUS | October 2004 | Contacted runner who had acted as LB1 and LB2 and told runner that ALVIN wanted the runner to testify that DT, not ALVIN or VENUS, ran the bank fraud ring |
| VENUS | November 2004 | Contacted runner who had acted as WW and told runner that ALVIN wanted the runner to testify that DT, not ALVIN or VENUS, ran the bank fraud ring |
| ALVIN | October 2004 | Contacted runner who had acted as LB1 and LB2 and told runner to testify that DT, not ALVIN or VENUS, ran the bank fraud ring |

All in violation of Title 18, United States Code, Section 371 and 3147.

## COUNTS THREE THROUGH SIXTEEN
**ALVIN REEVES AND ALVENIA REEVES**
(Bank Fraud – 18 U.S.C. § 1344(1))

THE GRAND JURY FURTHER CHARGES THAT:

29.     Paragraphs 1 through 12 are realleged and incorporated by reference as though

fully set forth herein.

30.     On or about the dates set forth below, in the District of Massachusetts and

elsewhere, the defendants,

**ALVIN REEVES and
ALVENIA REEVES**

did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain

moneys, funds, credits, assets, securities and other property owned by and under the custody and

control of federally insured financial institutions, namely Fleet Bank/Bank of America and

Citizens Bank, by means of false or fraudulent pretenses, representations or promises as follows:

| COUNT | DATE (on or about) | TRANSACTION |
|-------|------|-------------|
| 3. | 12/5/03 | Withdrawal of $2,500 from the Citizens Bank account of DS |
| 4. | 12/12/03 | Deposit of counterfeit check for $33,354.96 |
| 5. | 2/24/04 | Attempted withdrawal of $7,000 from the Citizens Bank account of JG |
| 6. | 5/28/04 | Withdrawal of $4,000 from the Citizens Bank Account of LB1 |
| 7. | 6/25/04 | Withdrawal of $8,000 from the Citizens Bank account of LB2 |
| 8. | 7/7/04 | Withdrawal of $9,000 from the Citizens Bank Account of |

DG

| 9. | 7/7/04 | Transfer of $10,000 from the Citizens Bank Account of DG to the account of LC |
| 10. | 7/16/04 | Attempted withdrawal of $3,000 from the Citizens Bank Account of DG |
| 11. | 7/16/04 | Withdrawal of $4,000 from the Citizens Bank Account of DG |
| 12. | 7/16/04 | Attempted withdrawal of $3,200 from the Citizens Bank Account of TN |
| 13. | 7/29/04 | Withdrawal of $4,200 from the Fleet Bank Account of DS |
| 14. | 7/29/04 | Withdrawal of $5,000 from the Fleet Bank Account of DS |
| 15. | 8/2/04 | Attempted withdrawal of $19,000 from the Fleet Bank Account of DS |
| 16. | 8/2/04 | Attempted withdrawal of $9,000 from the Fleet Bank Account of DS |

All in violation of Title 18, United States Code, Sections 1344(2) and 2.

## COUNTS SEVENTEEN THROUGH TWENTY-FOUR
### ALVIN REEVES AND ALVENIA REEVES
(Identity Theft – 18 U.S.C. § 1028(a)(7))

THE GRAND JURY FURTHER CHARGES THAT:

31.    Paragraphs 1 through 12 are realleged and incorporated by reference as though fully set forth herein.

32.    On or about the dates set forth below, in the District of Massachusetts, the defendant,

### ALVIN REEVES and
### ALVENIA REEVES

did knowingly, and with intent to defraud, transfer, possess and use, without lawful authority, a means of identification of another person, to wit: name, social security number, mother's maiden name, bank account information and date of birth, with the intent to commit, and aid and abet and in connection with, an unlawful activity that constitutes a violation of federal law, and that constitutes a felony under any applicable state law as follows:

| COUNT | DATE (on or about) | INITIALS | OTHER IDENTIFYING INFORMATION |
|-------|--------------------|----------|-------------------------------|
| 17. | 5/28/04 | LB1 | Bank Account Number, Date of Birth |
| 18. | 6/25/04 and 6/29/04 | LB2 | Bank Account Number, Date of Birth |
| 19. | 12/5/03 and 9/15/04 | DS1 | Business Bank Account Number, Address |
| 20. | 2/24/04 and 9/15/04 | JG and SG | Bank Account Number, Address |

11

| 21. | 3/16/04 and<br>9/15/04 | WW | Social Security Number, Bank Account Number, Address |
| 22. | 9/15/04 | RJ | Social Security Number, Address, Date of Birth |
| 23. | 9/15/04 | RH | Address, Sears Credit Card Number |
| 24. | 9/15/04 | JS | Social Security Number, Date of Birth, Circuit City Credit Card |

All in violation of Title 18, United States Code, Sections 1028 and 2.

## COUNT TWENTY-FIVE THROUGH THIRTY-ONE
### ALVIN REEVES AND ALVENIA REEVES
(Aggravated Identity Theft – 18 U.S.C. § 1028A)

THE GRAND JURY FURTHER CHARGES THAT:

33.    Paragraphs 1 through 12 are realleged and incorporated by reference as though fully set forth herein.

34.    On or about the dates set forth below, in the District of Massachusetts, the defendants,

### ALVIN REEVES and
### ALVENIA REEVES

did knowingly, and with intent to defraud, transfer, possess and use, without lawful authority, a means of identification of another person, to wit: name, social security number, mother's maiden name, bank account information and date of birth, with the intent to commit, and aid and abet and in connection with, a violation of 18 U.S.C. § 1344, Bank Fraud, as follows:

| COUNT | DATE (on or about) | INITIALS | OTHER IDENTIFYING INFORMATION |
|---|---|---|---|
| 25. | 7/16/04 | DG | Bank Account Number, Address |
| 26. | 7/16/04 | TN | Bank Account Number, Address |
| 27. | 7/29/04 and 8/2/04 | DS2 | Bank Account Number, Address |
| 28. | 9/15/04 | AU | Social Security Number, Bank Account Number, Address |
| 29. | 9/15/04 | DE | Social Security Number, Bank Account Number Address |

13

| 30. | 9/15/04 | DR | Social Security Number, Bank Account Numbers, Date of Birth, Mother's Maiden Name |
| 31. | 9/15/04 | PO | Bank Account Number, Address |

All in violation of Title 18, United States Code, Sections 1028A and 2.

## COUNTS THIRTY-TWO AND THIRTY-THREE
### ALVIN REEVES ONLY
(TAMPERING WITH A WITNESS – 18 U.S.C. § 1512(b))

THE GRAND JURY FURTHER CHARGES THAT:

35.    Paragraphs 1 through 12 are realleged and incorporated by reference as though fully set forth herein.

36.    On the dates listed below, at Boston in the District of Massachusetts,

**ALVIN REEVES,**

defendant herein, did knowingly, with intent to influence, delay, hinder, and prevent the testimony in an official proceeding and communication to a law enforcement officer or judge of the United States, corruptly persuade and attempt to persuade certain individuals to testify falsely in an official proceeding, namely a criminal trial before the United States District Court for the District of Massachusetts in which ALVIN REEVES was charged with violations of 18 U.S.C. §§1344, 1028 and 1028A, and to hinder, delay and prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a federal offense.

| COUNT | DATE<br>(in or about) | WITNESS |
|---|---|---|
| 32. | October 2004 | The runner who posed as LB1 and LB2 |
| 33. | November 2004 | The runner who posed as WW |

All in violation of Title 18, United States Code, Sections 1512(b)(3), 3147 and 2.

15

**COUNTS THIRTY-FOUR AND THIRTY-FIVE**
**ALVENIA REEVES ONLY**
(TAMPERING WITH A WITNESS – 18 U.S.C. § 1512(b))

THE GRAND JURY FURTHER CHARGES THAT:

37.     Paragraphs 1 through 12 are realleged and incorporated by reference as though fully set forth herein.

38.     On the dates listed below, at Boston in the District of Massachusetts,

**ALVENIA REEVES,**

defendant herein, did knowingly, with intent to influence, delay, hinder, and prevent the testimony in an official proceeding and communication to a law enforcement officer or judge of the United States, corruptly persuade and attempt to persuade certain individuals to testify falsely in an official proceeding, namely a criminal trial before the United States District Court for the District of Massachusetts in which ALVIN REEVES was charged with violations of 18 U.S.C. §§1344, 1028 and 1028A, and to hinder, delay and prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a federal offense.

| COUNT | DATE (in or about) | WITNESS |
|-------|--------------------|---------|
| 34.   | October 2004       | The runner who posed as LB1 and LB2 |
| 35.   | November 2004      | The runner who posed as WW |

All in violation of Title 18, United States Code, Sections 1512(b)(3) and 2.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

Seth P. Berman
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                    March 3, 2005

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk

4. 07 P.M

17

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II _____    **Investigating Agency** POSTAL _____

**City** Randolph _____    **Related Case Information:**

**County** Norfolk _____    Superseding Ind./ Inf.   Yes _____    Case No.   04-10311-JLT
                                       Same Defendant    Yes _____    New Defendant _____
                                       Magistrate Judge Case Number    _____
                                       Search Warrant Case Number    04M-1107-JGD _____
                                       R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   Alvin Reeves _____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address    14 Francis Drive, Apt 8 in Randolph, MA _____

Birth date (Year only): 1977    SSN (last 4 #): 5826    Sex M   Race: Bl _____   Nationality: USA _____

**Defense Counsel if known:**    Leo Sorokin _____    **Address:**  Federal Defender Services _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Seth Berman _____    **Bar Number if applicable** 629332 _____

**Interpreter:**    ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be** ▓▓▓▓▓▓▓▓▓▓    ☐ **No**

        ☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   Ordered by  J. Dein _____   **on** _____

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony**   35

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** 3/3/05    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ALVIN REEVES _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | 1-2 |
| Set 2 | 18 U.S.C. §1344 | Bank Fraud | 3-16 |
| Set 3 | 18 U.S.C. §1028(a)(7) | Identity Theft | 17-24 |
| Set 4 | 18 U.S.C. §1028A | Aggravated Identity Theft | 29-31 |
| Set 5 | 18 U.S.C. §1512(b) | Tampering with a Witness | 32-33 |
| Set 6 | 18 U.S.C. § 3147 | Crime Committed While on Pretrial Release | 32-33 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____    **Category No.** II _____    **Investigating Agency** POSTAL _____

**City** Randolph _____    **Related Case Information:**

**County** Norfolk _____    Superseding Ind./ Inf. Yes _____    Case No. 04-10311-JLT
Same Defendant No _____    New Defendant Yes _____
Magistrate Judge Case Number _____
Search Warrant Case Number 04M-1107-JGD _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name Alvenia Reeves _____    Juvenile ☐ Yes ☒ No

Alias Name _____

Address 45 Evelyn Street, Mattapan, MA _____

Birth date (Year only): 1962   SSN (last 4 #): 5128   Sex F   Race: Bl _____   Nationality: USA _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Seth Berman _____    **Bar Number if applicable** 629332

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** �my-blacked-out ☐ No

▬▬▬▬▬▬▬▬▬ ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony 35

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/3/05    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ALVENIA REEVES _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | 1-2 |
| Set 2 | 18 U.S.C. §1344 | Bank Fraud | 3-16 |
| Set 3 | 18 U.S.C. §1028(a)(7) | Identity Theft | 17-24 |
| Set 4 | 18 U.S.C. §1028A | Aggravated Identity Theft | 29-31 |
| Set 5 | 18 U.S.C. §1512(b) | Tampering with a Witness | 34-35 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**