AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

**v.**

Alvenia ("Venus") Reeves

U.S. DISTRICT COURT
DISTRICT OF MASS **WARRANT FOR ARREST**

CASE NUMBER:  04-10311-JLT

To:  The United States Marshal
and any Authorized United States Officer

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 MAR -4  A 9: 08

YOU ARE HEREBY COMMANDED to arrest                 Alvenia ("Venus") Reeves
                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| | Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition |

charging him or her with (brief description of offense)
Conspiracy
Bank Fraud
Identity Theft
Aggravated Identity Theft and
Witness Tampering

in violation of
Title                          18               United States Code, Section(s)  371, 1344, 1028, 1028A, 371, 2

Name of Issuing Officer                                                                         Title of Issuing Officer

Signature of Issuing Officer                                                                    Date and Location

                                                                                                HON. ROBERT B. COLLINGS
                                                                                                UNITED STATES MAGISTRATE JUDGE
                                                                                                United States District Court
                                                                                                United States Courthouse, - Suite 6420
Bail fixed at $                                                            by                   1 Courthouse Way
                                                                                                Boston, MA 02210
                                                                                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/10/05 |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.