UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CRIM. NO. 04-10311-JLT** |
| | ) | |
| **ALVENIA REEVES** | ) | |

NOTICE OF CHANGE OF ADDRESS

Please be advised that as of March 1, 2006, the new address for counsel of record for

ALVENIA REEVES will be:

George F. Gormley
Christie M. Charles
George F. Gormley, P.C.
755 East Broadway, 3rd Floor
South Boston, MA 02127
Phone: 617- 268-2999
Fax: 617 - 268-2911

Respectfully submitted,

/s George F. Gormley
_____
George F. Gormley (BBO# 204140)
Christie M. Charles (BBO# 646995)
George F. Gormley, P.C.
755 East Broadway, 3rd floor
South Boston, MA 02127
(617) 268-2999

**Dated:**       March 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 1, 2006.

/s George F. Gormley

George F. Gormley