# 04CR10311-JLT

Alvenia Reeves
45 Evelyn Street
Mattapan, Ma  02126


May 25, 2006


Dear Judge Dean:

This letter is to inform you that I would like to change my appointed lawyer George Gormley.  The reason why I would like to change, is because I feel attorney George Gormley is not fully representing me and my case.  He is always in a disagreement with me.  He also feels that my case is not a priority to him, when my life is on the line.


I do apologize for requesting this matter so late in the case, but I was hoping that he would really help me, but I feel he does not have my best interest at stake.


I thank you for taking this time to read my request and hopefully you would consider my request for a new lawyer.


Sincerely,



Alvenia Reeves