Dear: Honorable Justic Taures:

I Alvenia Reeves is writing this letter to inform you that I feel my Attorney George Gormley has misrepresented me. I have brought this matter to the attention to Honorable Judge Dean and she had instructed him to explain in detail about my case.

The reason, why I am bringing this matter to your attention is because their has been some events that has happen in the last week or so. First of all, I believe Attorney Gormely has tricked and lied to me about some papers he instructed me to sign, I did not understand what I was signing. I have asked him could I please bring these paper home, so that my family could help me make a decision about my future. I was told that I could not do such a thing.

Secondly, I did not appreciated Attorney Gormely harrassing my family constanstly calling and talking harsly to my family. He told my mother if I didn't return his phone call or be in his office at a certain time. He was going to send the F.B.I. agents after me. He also call back a third time and my ten year old niece answer the phone and he told her if I don't call him right away I was going to get

2 years in jail and this really upset my niece. She has been crying every time she see me. This all happen on 8/3/06 between the hours of 3-5pm while I was in dental school.

Also, Judge Tavres my Attorney never brought up any question about a plea or should I go to trial. Also, I asked him if I sign these papers would this affect my brother (Alvin Reeves) and say it wouldn't. I found out later that was untrue.

Also, my Attorney Gormely told my sister I don't know why she going to school it's not to going to do her any good.

Lastly, your Honor I just thank-you for taking out the time to read my letter. I just feel my attorney is with the District Attorney and not considering my rights as his client. I feel I have not been heard. I throw myself at the mercy of the Court concerning my future on 8/14/06.

Sincerely,
Aluenia Reeves

Case #
04-10311-JLT