UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10311-JLT

UNITED STATES OF AMERICA

v.

ALVENIA REEVES

**ORDER**

August 9, 2006

DEIN, M.J.

A hearing was held in response to a letter to the court from Ms. Reeves (Docket No. 72). At the hearing, during which the government reviewed the key points of the plea agreement, and Ms. Reeves had the opportunity to consult with her counsel and her sister for as long as she wanted, Ms. Reeves reported to the court that she intends to continue with the plea agreement she signed, that she wishes to have her current counsel continue to represent her, and that she has made these decisions freely and voluntarily, and without coercion. This was confirmed by Ms. Reeves' sister.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge