UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALVIN REEVES )<br>)<br>and )<br>)<br>ALVENIA REEVES )<br>) | Crim. No. 04-10311-JLT |

### **ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING**

Alvin Reeves and Alvenia Reeves ("the defendants"), by and through their respective undersigned counsel, hereby ask this Honorable Court to enter an order continuing their sentencing hearings to a date convenient to the Court after November 17, 2006. As the basis for this motion, the defendants note that Defendant Alvin Reeves has hired Roger Gray, M.D. to conduct an evaluation to determine the extent of his dependence upon narcotics and what effect, if any, this dependence had upon his conduct in this case. Dr. Gray intends to conduct this evaluation at the Plymouth House of Corrections within three to five days. Even if Dr. Gray manages to schedule this evaluation with Mr. Reeves prior to the currently scheduled hearing date, he cannot prepare a written report before November 6, 2006. Moreover, defense counsel for Mr. Reeves would like an opportunity to present a sentencing memorandum to the Court incorporating Dr. Gray's findings and conclusions.

Mr. Reeves believes that this evaluation could prove helpful to the Court in determining the sentence in this case and may constitute an important factor warranting

the Court's consideration in evaluating the history and characteristics of this defendant. See 18 U.S.C. § 3553(a). Mr. Reeves, therefore, needs a continuance. Both defendants ask the Court to sentence them together on the same day. Hence, Ms. Reeves also requests that the Court continue her hearing to the same date that it schedules Mr. Reeves' hearing. Finally, the government will suffer no prejudice if the court allows this motion. In fact, the government specifically **assents** to this motion.

WHEREFORE, the defendants ask the Court to grant their motion and continue the sentencing hearing to a date after November 17, 2006.

Dated: November 1, 2006

Respectfully submitted,
ALVIN REEVES
By his attorneys,

/s/ Gary G. Pelletier
_____
Brad Bailey, BBO #549749
Gary G. Pelletier, BBO#631732
Tracy Bulger, BBO#642364
DENNER LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800

 - And –

Respectfully submitted,
ALVENIA REEVES
By her attorneys,

/s/ George F. Gormley
_____
George F. Gormley
Christie M. Charles
755 East Broadway
South Boston, MA 02127
(617) 268-2999

2