

# MEMORANDUM

**To:**   The Honorable Joseph L. Tauro, U.S. District Judge

**From:**   Michelle Roberts, U.S. Probation Officer

**Re:**   Alvenia Reeves, Dkt. 04-10311
  **Request to Suspend Payment of Financial Obligation**

**Date:**   July 9, 2008

On 4/18/08, Ms. Reeves was released from the custody of the Bureau of Prisons after having served a 15-month sentence of incarceration imposed by Your Honor on 2/12/2007. Among other things, Ms. Reeves was ordered to pay $42,000 in restitution.

Though Ms. Reeves is committed to obtaining employment and is diligently searching for a job, she has yet to secure employment. She has completed a paid training program (and submitted 10% of her stipend toward her financial obligation), and continues to work with several employment agencies to assist in her search.

Based on the above, the Probation Office respectfully requests that the payment of Ms. Reeve's financial obligation be suspended indefinitely. Once she obtains employment, a payment plan will be set and the Court will be notified.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved By:

_____
Joseph LaFratta
Supervising U.S. Probation Officer

Payment Schedule Is Approved:

_____
Honorable Joseph L. Tauro
U.S. District Judge